IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.                                                    CASE NO 3:99CR00187-05 (SEC)

RUBEN RAMOS-ESPIADA
A/K/A "Papito Quijá"
* * * * * * * * * * * * * * *

## INFORMATIVE MOTION

**TO THE HONORABLE SALVADOR E. CASELLAS**
**SENIOR UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

**COMES NOW,** Yarixa Vázquez-Marcano, U.S. Probation Officer of this Honorable Court, and respectfully informing that on July 31, 2006, a call was received from the local police task force reporting that Mr. Ramos-Espiada was murdered while he was playing dominos at a friend's house. The offender was serving a supervised release term of five (5) years at the time of his death.

**WHEREFORE**, the undersigned respectfully notifies the Court that this case is being closed.

In San Juan, Puerto Rico, this day 3rd of August 2006.

                                        Respectfully submitted,

                                        EUSTAQUIO BABILONIA, CHIEF
                                        U.S. PROBATION OFFICER

                                        s/Yariva Vázquez-Marcano
                                        Yarixa Vázquez-Marcano
                                        Senior U.S. Probation Officer
                                        Federal Office Building Room 400
                                        150 Chardon Avenue
                                        San Juan, P.R. 00918-1741
                                        Tel. 787-766-5920
                                        Fax 787-766-5945
                                        E-mail: yarixa_vazquez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 3, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I. Torres, Assistant U.S. Attorney, and Victor P. Miranda-Corrada, Esq.

In San Juan, Puerto Rico, this 3rd day of August 2006.

s/Yarixa Vázquez-Marcano
Yarixa Vázquez-Marcano
Senior U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5920
Fax 787-766-5945
E-mail: yarixa_vazquez@prp.uscourts.gov

YVM/